Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00006 |
| | ) | Judge Trauger |
| ALTON MINTON | ) | |

## MOTION FOR AN ORDER OF FORFEITURE
## CONSISTING OF A $866,143.50
## UNITED STATES CURRENCY  MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves upon acceptance of Defendant's plea of guilty to Count One by the Court of the Indictment in the above-styled case, for an Order of Forfeiture consisting of $866,143.50 United States currency Money Judgment against Defendant on Count One of the Indictment.

A memorandum of law and facts is filed in support of this motion.  Additionally, a proposed Order is attached hereto for the Court's convenience.

             Respectfully submitted,

             JERRY E. MARTIN
             United States Attorney

             By:   /s Debra Teufel Phillips
             DEBRA TEUFEL PHILLIPS
             Assistant U.S. Attorney
             110 Ninth Avenue South,  Suite A-961
             Nashville, Tennessee 37203
             Telephone: 615  736-5151
             Facsimile:  615 736-5323