**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA       )
                                             )
                                           )
v.                                        )       Criminal No. 3:10-00006
                                           )       Judge Trauger
ALTON MINTON                  )
                                           )

## O R D E R

The court is in receipt of a letter from defendant Alton S. Minton dated June 17, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this

case.  The Clerk is further directed to furnish to the defendant and to counsel for all parties a

copy of both the letter and this Order.

The defendant is informed that it is beyond the jurisdiction of the court to grant him the

relief he requests.

It is so **ORDERED.**

Enter this 20th day of June 2013.

                                                 _____
                                               ALETA A. TRAUGER
                                            United States District Judge